UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. MATTHEWS, | 1:06-cv-0929 AWI TAG  HC |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL (DOC. 9) |
| CAMPBELL, | ORDER DENYING MOTION FOR EXTENSION OF TIME (DOC. 9) |
| Respondent. | |

Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Along with the motion for appointment of counsel, Petitioner also made a motion for an extension of time. Petitioner's motion fails to address the need for the extension.

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel and motion for extension of time are DENIED.

IT IS SO ORDERED.

Dated:   **December 17, 2007**                                   **/s/ Theresa A. Goldner**
                                                                                       UNITED STATES MAGISTRATE JUDGE